UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JOE MORENO, JR.,<br>Plaintiff,<br>v.<br>SUNBIT INC., *et al.*,<br>Defendants. | Case No. 1:26-cv-06053-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND DEFENDANT CHIME FINANCIAL, INC.'S TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 10) |

On September 1, 2026, Defendant Chime Financial, Inc. and Plaintiff Jesus Joe Moreno, Jr. filed a stipulation to extend Defendant Chime Financial, Inc.'s time to respond to the complaint until September 22, 2026. (ECF No. 10).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendant Chime Financial, Inc.'s response to the complaint is due no later than September 22, 2026.

IT IS SO ORDERED.

Dated: **September 2, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE