UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JOE MORENO, JR.,<br>Plaintiff,<br>v.<br>SUNBIT INC., *et al.*,<br>Defendants. | Case No. 1:26-cv-06053-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND DEFENDANT CHIME FINANCIAL, INC.'S TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 17) |

On October 21, 2026, Defendant Chime Financial, Inc. and Plaintiff Jesus Joe Moreno, Jr. filed a stipulation to extend Defendant Chime Financial, Inc.'s time to respond to the complaint until November 12, 2026. (ECF No. 17).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendant Chime Financial, Inc.'s response to the complaint is due no later than November 12, 2026.

IT IS SO ORDERED.

Dated: **October 22, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE