UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESUS JOE MORENO, JR.,

Plaintiff,

v.

SUNBIT INC., *et al.*,

Defendants.

Case No. 1:26-cv-06053-JLT-EPG

ORDER GRANTING STIPULATION TO EXTEND DEFENDANT CHIME FINANCIAL, INC.'S TIME TO RESPOND TO COMPLAINT

(ECF No. 23)

On November 11, 2026, Defendant Chime Financial, Inc. and Plaintiff Jesus Joe Moreno, Jr. filed a stipulation to extend Defendant Chime Financial, Inc.'s time to respond to the complaint until November 30, 2026. (ECF No. 23).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendant Chime Financial, Inc.'s response to the complaint is due no later than November 30, 2026.

IT IS SO ORDERED.

Dated: **November 12, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE